IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY TERRELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 11-cv-888-JPG-SCW |
| | ) |
| | ) |
| **SUIZA DAIRY GROUP, LLD, d/b/a** | ) |
| **PET O'FALLON, LLC,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** March 20, 2012

NANCY ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE